UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

IN RE: DANIMER SCIENTIFIC, INC.
SECURITIES LITIGATION

JUDGMENT
21-CV-2708(HG)(SJB)

------------------------------------------------------------- X
SKISTIMAS, et al.


v.

21-CV-2824(HG)(SJB)

DANIMER SCIENTIFIC, INC., et al.,
------------------------------------------------------------- X

An Order of the Honorable Hector Gonzalez, United States District Judge, having been

filed on September 30, 2023, granting Defendants' motion to dismiss; and denying Plaintiffs'

request for leave to amend; it is

ORDERED and ADJUDGED that the Defendants' motion to dismiss is granted;

Plaintiffs' request for leave to amend is denied; Judgment is entered in favor of Defendants; and

both these cases are closed.

Dated: Brooklyn, NY                              Brenna B. Mahoney
      October 2, 2023                     Clerk of Court


                                             By: */s/Erin Espinal*
                                                Deputy Clerk